IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN P. DUNLEAVY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEER RUN COMMUNITY | : | NO. 16-1066 |
| ASSOCIATION, INC. | : | |

ORDER

      AND NOW**,** this 1st day of November, 2016 it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

                      **LUCY V. CHIN**, Interim Clerk of Court

                      By: /s/ Mia Harvey
                           Mia Harvey
                           Civil Deputy to Judge Legrome D. Davis